UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**DIRECT ASSIGNMENT PROGRAM**

------------------------------------------------------------ x

Plaintiff(s),

-against-

Defendant(s).

------------------------------------------------------------ x

JOINT PROPOSED
CIVIL CASE MANAGEMENT PLAN

Civ. (VMS)

**Counsel and the Parties must confer at least 10 days prior to the conference and file this proposal at least 7 days prior to the conference.**

**<u>**IF YOUR CASE DOES NOT REQUIRE DISCOVERY, COMPLETE "PART B"ONLY**</u>**

**The parties/counsel who conferred in drafting this joint proposed case management plan:**

For Plaintiff(s):
For Defendant(s):

A. Do the parties request referral to the Court's ADR program? Yes: ☐ No: ☐ (Leave blank if not applicable to your case.)

B. Do the parties consent to proceed before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)?

Yes: ☐ If yes, fill out the Consent to Magistrate Judge Form on Page 2.

No: ☐ If no, fill out and file the Acknowledgment Form on Page 3. Do not indicate which party or parties decline(s) consent.

C. Plaintiff(s) will serve a settlement demand by ; Defendant(s) will respond by .

D. Defendant(s) will answer or otherwise respond to complaint by , if not yet done.

The parties will serve Rule 26(a)(1) initial disclosures by .

The parties will serve initial document requests and interrogatories on or before .

Any joinder and/or amendments of the pleadings must be made by ; after this date, good cause must be shown.

The parties will complete fact discovery by .

If the parties perform expert discovery, they will serve initial disclosures by ; initial expert reports by ; and rebuttal expert reports on or before .

All discovery, including expert depositions, will be completed by , and the parties will file a joint letter certifying the close of all discovery by this same date.

Other considerations the parties wish to bring to the Court's attention, such as the need for electronic discovery or confidentiality order:

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

_______________________________
*Plaintiff*
v. Civil Action No.

_______________________________
*Defendant*

**NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION**

A United States Magistrate Judge has been assigned to this case and is available to conduct all proceedings in this civil action (including presiding over a jury or non-jury trial) and to order the entry of final judgment. The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this Court. A Magistrate Judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case resolved by the assigned Magistrate Judge or you may withhold your consent without any adverse consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved in your case.

The parties through their signature (or that of their counsel) consent to have the assigned United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings, as indicated below:

| Name of Party | Signature of Party (or Attorney) | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**NOTE**: Do not file this form on ECF unless all parties have consented.

(**For Court Use Only**)

**IT IS ORDERED**: All parties having consented, the assigned Magistrate Judge is authorized to conduct all proceedings in this case, and enter final judgment, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date:

_______________________________
District Judge Signature and Name

UNITED STATES DISTRICT COURT
for the
Eastern District of New York

______________________________________________,

Plaintiff(s), Civil Action No. _______________

v.

______________________________________________,

Defendant(s).

**DIRECT ASSIGNMENT PROGRAM ACKNOWLEDGEMENT**

**NOTE: This form is <u>not</u> a consent to Magistrate Judge jurisdiction form, and no party should indicate here whether they consent to Magistrate Judge jurisdiction.**

**To consent to Magistrate Judge jurisdiction, file an AO 85 form or the E.D.N.Y. consent form, available at https://www.nyed.uscourts.gov/sites/default/files/uploads/mjconsentform.pdf.**

The parties affirm that:

1. Lead counsel for each party has reviewed Administrative Order 2025-14, governing the E.D.N.Y. Direct Assignment Program, and consulted with their respective client(s) to discuss (a) the fact that this case has been initially assigned solely to a Magistrate Judge under the Direct Assignment Program and (b) the option to consent to Magistrate Judge jurisdiction over the case, including any trial.

2. Lead counsel for each party has consulted with each other and with their respective client(s) regarding whether to consent to Magistrate Judge jurisdiction.

*Date of Consultation Between Counsel for Parties:* ________________________________________

*Method of Consultation (e.g., phone, email, video conference, in person)*: ____________________

| *Printed names of counsel* | *Signatures of counsel* | *Dates* |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |

.