NEW YORK STATE OF OPPORTUNITY. | Department of Financial Services

STATE OF NEW YORK
United States District Court, Eastern District Of New York

26-cv-2134

Trustees of the Pavers and Road Builder District Council Welfare, Pension and Annuity Funds and the Trustees of the Local 1010 Apprenticeship, Skill Improvement and Training Fund — Plaintiff(s)

against

Frankenmuth Insurance Company( Frankenmuth Mutual Insurance Company ) — Defendant(s)

RE :Frankenmuth Insurance Company( Frankenmuth Mutual Insurance Company )

Attorney for Plaintiff(s) and Defendant(s) please take notice as follows:

Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon this Department Summons In A Civil Action, Complaint in the above entitled action on April 27, 2026 at Albany, New York. The $40.00 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, New York 10004

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant(s) is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

CT Corporation System
Frankenmuth Insurance Company( Frankenmuth Mutual Insurance Company )
28 Liberty Street
New York, New York 10005

**Rawle Lewis**
**Director of Producer Licensing**

Dated Albany, New York, May 04, 2026
807630 alic0phd