SAMAAN SHEEHY & GILLESPIE, LLP

90 MERRICK AVENUE
SUITE 802
EAST MEADOW, NEW YORK 11554

TELEPHONE (516) 794-7500
TELECOPIER (516) 794-1277

PETER S. SAMAAN
CHRISTOPHER J. SHEEHY
STEPHEN J. GILLESPIE*
JAMIE BRODY JOHNSON
MICHAEL J. ROSENTHAL
MICHAEL F. KUZOW**
MICHAEL F. McGOWAN
NEIL L. COSCIO
SEAN P. MACDONNELL
RENEE E. DEMOTT *
JOSEPH W. SZALYGA
ALLISON BURBAGE

JASON YIN
CLAUDIA PIUS
CHRISTINA ZHENG
JAKE FALK
ANA RAMISHVILI

OF COUNSEL
LEONARD M. RIDINI, JR.
SETH D. ROSMARIN
DENNIS D. DESOUSA
JOANNE EMILY BELL

* Also ADMITTED IN NJ
** ALSO ADMITTED IN OK AND TX

May 28, 2026

**<u>VIA ECF</u>**

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Trustees of the Pavers and Road Builders et al. v. Sky Heights Construction Corp., et al.,
<u>Case No. 26 CV 2134 (VMS)</u>

Dear Judge Scanlon:

This firm represents the defendant, Sky Heights Construction Corp. (Sky Heights), in the above-referenced matter.

The Plaintiffs and Sky Heights have been actively discussing settlement in an attempt to resolve all claims asserted by Plaintiffs. The parties are hopeful that they will finalize settlement and will be able to file a stipulation of dismissal within the next forty-five (45) days. Accordingly, it is respectfully requested that the time for Sky Heights to respond to the Complaint be adjourned from May 30 to June 30, 2026, to enable the parties to finalize settlement. In the event that the settlement fails to materialize, the parties will promptly notify the Court and Sky Heights will respond to the Complaint by June 30, 2026.

A copy of this letter has been sent to counsel for Plaintiffs and counsel has had the opportunity to comment on same. This letter incorporates any changes by Plaintiffs' counsel and Plaintiffs' consent to the extension of time to respond to the Complaint in order to finalize settlement.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

s/Michael J. Rosenthal
Michael J. Rosenthal, Esq.

MJR/lm
cc: Adrianna R. Grancio, Esq., Counsel for Plaintiffs