UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
TRUSTEES OF THE PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, AND ANNUITY FUNDS AND THE TRUSTEES OF THE LOCAL 1010 APPRENTICESHIP, SKILL IMPROVEMENT, AND TRAINING FUND,

Plaintiffs,

-against-

SKY HEIGHTS CONSTRUCTION CORP., 2 SAAB CONSTRUCTION, AND FRANKENMUTH INSURANCE COMPANY,

Defendants.
---------------------------------------------------------------------X

Case No. 26 CV 2134 (VMS)

RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for defendant, Sky Heights Construction Corp., certifies that it does not have any corporate parents and no publicly traded company owns 10% or more of its stock.

Dated: East Meadow, New York
June 30, 2026

SKY HEIGHTS CONSTRUCTION CORP.

By: s/Michael J. Rosenthal
Michael J. Rosenthal

Michael J. Rosenthal, Esq.
SAMAAN SHEEHY & GILLESPIE, LLP
90 Merrick Avenue, Suite 802
East Meadow, New York 11554
(516) 794-7500

Counsel for defendant,
Sky Heights Construction Corp.

TO: Adrianna R. Grancio, Esq.
VIRGINIA & AMBINDER, LLP
40 Broad Street, 7th Floor
New York, New York 10004
(212) 943-9080
Email: agrancio@vandallp.com

Counsel for plaintiffs,
Trustees of the Pavers and Road Builders District Council Welfare, Pension, and Annuity Funds and the Trustees of the Local 1010 Apprenticeship, Skill Improvement, and Training Fund