VIRGINIA
& AMBINDER LLP
Attorneys at Law

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080

**Adrianna R. Grancio**
Partner
agrancio@vandallp.com

July 16, 2026

**VIA ECF**

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***Trustees of the Pavers and Road Builders et al. vs. Sky Heights Construction Corp., et al.*, 26 CV 2134 (VMS)**

Dear Judge Scanlon:

This firm represents the Plaintiffs in the above referenced case. Plaintiffs write with the consent of Defendant Sky Heights Construction Corp. ("Defendant"), pursuant to Rule II.b of your Honor's Individual Practice Rules, to respectfully request an adjournment of the initial conference currently scheduled for July 30, 2026 at 11:15 AM, as well as an extension of the deadline to file the Joint Proposed Case Management Plan, currently due July 20, 2026. *See* ECF Doc. 9.

Plaintiffs and Defendant are engaged in active settlement discussions which would dispose of this action in its entirety, even as against the non-appearing Defendants 2 Saab Construction and Frankenmuth Insurance Company. Separately, undersigned counsel has a conflict for the initial conference as she is scheduled to appear before Judge Robert M. Levy in another matter at that same time. Accordingly, to preserve the parties' and Court's time and resources, Plaintiffs respectfully request an adjournment of the initial conference and related deadline to file the Joint Proposed Case Management Plan *sine die*. Defendant Sky Heights consents to this request. Defendant 2 Saab Construction and Frankenmuth Insurance Company have not appeared in the action. No other deadlines would be affected if the request is granted. This is Plaintiffs' first request for an adjournment of the initial conference and related case management submission deadline.

Should the parties be unable to reach a resolution, undersigned counsel will promptly notify the Court and request that the initial conference be rescheduled.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ *Adrianna R. Grancio*
Adrianna R. Grancio, Esq.

Cc: All Counsel of Record (*via* ECF)

2 SAAB Construction Inc. (*via first class mail and e-mail)*
3084 Coney Island Avenue
Brooklyn, New York 11235
contact@2saabconstruction.com

Frankenmuth Insurance Company (*via first class mail)*
1 Mutual Avenue
Frankenmuth, Michigan 48787