VIRGINIA
& AMBINDER LLP
Attorneys at Law

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080

**Adrianna R. Grancio**
Partner
agrancio@vandallp.com

August 31, 2026

**VIA ECF**

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***Trustees of the Pavers and Road Builders et al.***
***vs. Sky Heights Construction Corp., et al.*, 26 CV 2134 (VMS)**

Dear Judge Scanlon:

This firm represents the Plaintiffs in the above referenced case. Plaintiffs write with the consent of Defendant Sky Heights Construction Corp. ("Defendant"), pursuant to Rule II.b of your Honor's Individual Practice Rules, to respectfully request an adjournment of the initial conference currently scheduled for September 8, 2026 at 11:30 AM. *See* ECF Order Runner dated July 17, 2026.

As previously reported, the parties had been engaged in settlement discussions that would have disposed of this action in its entirety, including as against non-appearing Defendants Saab Construction and Frankenmuth Insurance Company. Concurrently, Plaintiffs have been conducting an audit of Defendant covering, in part, the period at issue in this action. That audit is nearly complete; Plaintiffs are awaiting production of one final payroll report. Because the audit findings will crystallize the claims in this matter and inform any renewed settlement discussions, the parties respectfully request that the initial conference be adjourned sixty (60) days. Proceeding before the audit is issued would be premature, as the parties cannot yet fully evaluate what, if any, additional litigation may be necessary. No other deadlines would be affected if this request is granted. This is the second request to adjourn the initial conference; the first request was granted.

We thank the Court for its time and attention to this matter.

VIRGINIA
& AMBINDER LLP
Attorneys at Law

Respectfully submitted,

/s/ Adrianna R. Grancio
Adrianna R. Grancio, Esq.

Cc: All Counsel of Record (*via* ECF)

2 SAAB Construction Inc. (*via first class mail and e-mail)*
3084 Coney Island Avenue
Brooklyn, New York 11235
contact@2saabconstruction.com

Frankenmuth Insurance Company (*via first class mail)*
1 Mutual Avenue
Frankenmuth, Michigan 48787