UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**DIRECT ASSIGNMENT PROGRAM**

------------------------------------------------------------ x

Trs. of the Pavers and Road Builders District Council Welfare Fund et al.

Plaintiff(s),

-against-

Sky Heights Construction Corp. et al
Defendant(s).

------------------------------------------------------------ x

JOINT PROPOSED
CIVIL CASE MANAGEMENT PLAN

26 Civ. 2134 (VMS)

**Counsel and the Parties must confer at least 10 days prior to the conference and file this proposal at least 7 days prior to the conference.**

****IF YOUR CASE DOES NOT REQUIRE DISCOVERY, COMPLETE "PART B"ONLY****

**The parties/counsel who conferred in drafting this joint proposed case management plan:**

For Plaintiff(s): Adrianna R. Grancio, Esq.
For Defendant(s): Michael J. Rosenthal, Esq. (Def. Sky Heights Construction Corp.)

A. Do the parties request referral to the Court's ADR program? Yes: ☐ No: ☒ (Leave blank if not applicable to your case.)

B. Do the parties consent to proceed before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)?

Yes: ☒ If yes, fill out the Consent to Magistrate Judge Form on Page 2.

No: ☐ If no, fill out and file the Acknowledgment Form on Page 3. Do not indicate which party or parties decline(s) consent.

C. Plaintiff(s) will serve a settlement demand by 9/30/2026; Defendant(s) will respond by 10/14/2026

D. Defendant(s) will answer or otherwise respond to complaint by N/A, if not yet done.

The parties will serve Rule 26(a)(1) initial disclosures by 9/15/2026.

The parties will serve initial document requests and interrogatories on or before 10/30/2026.

Any joinder and/or amendments of the pleadings must be made by 12/31/2026; after this date, good cause must be shown.

The parties will complete fact discovery by 2/28/2027.

If the parties perform expert discovery, they will serve initial disclosures by N/A; initial expert reports by N/A; and rebuttal expert reports on or before N/A.

All discovery, including expert depositions, will be completed by 2/28/2027, and the parties will file a joint letter certifying the close of all discovery by this same date.

Other considerations the parties wish to bring to the Court's attention, such as the need for electronic discovery or confidentiality order: